PROBATION FORM NO. 35 (1/92)

FILED
2006 JUN 13 A 11: 54
U.S. ~~~~~~
NEW HAVEN CT

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

ELISHA BRYANT-CAPLES

Crim #: 3:01CR00257(RNC)

Re: **Early Termination of Supervision**

On **05/22/2002** the above named was placed on **PROBATION** for a period of **5** years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

*Deborah S. Palmieri*
Deborah S. Palmier
Senior U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this __31__ day of __May__, 2006.

Robert N. Chatigny
Chief United States District Court Judge